# COURTROOM MINUTES
## CRIMINAL

DATE: _____ DAY: _____ START TIME: _____ END TIME: _____

JUDGE/MAG.: _____ CLERK: _____ REPORTER: _____

PROBATION OFFICER: _____ INTERPRETER: _____ SWORN: YES   NO

CASE NUMBER: _____ CASE NAME: USA v. _____

PROCEEDING: _____

**APPEARANCES:**

ASST. U.S. ATTY.: _____    DEFENDANT ATTY.:    _____

_____    _____

DEFENDANT PRESENT:        YES        NO        EXCUSED BY COURT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TOTAL COURT TIME: _____